# Court of Appeals
# of the State of Georgia

ATLANTA, March 06, 2018

*The Court of Appeals hereby passes the following order*

**A18A1080. THE STATE v. ANTHONY BERNARD POWERS.**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW

THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, March 06, 2018.*

*I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*